THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donald Miles, Appellant.
 
 
 

Appeal From Orangeburg County
 James C. Williams Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-583
Submitted October 1, 2008  Filed October
 15, 2008  
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh. Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia and David Michael Pascoe, Jr., of Orangeburg; for Respondent.
 
 
 

PER CURIAM:  Donald
 Miles appeals his convictions of murder and possession of a firearm during the
 commission of a violent crime.  The trial judge sentenced him to concurrent
 sentences of forty-five years for murder and five years for the firearm
 conviction.  Miles argues the trial judge committed reversible error by refusing
 to charge the jury on accessory after the fact.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Miles appeal and grant
 counsels motion to be relieved.  
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.